MYRICK v. COOLEY

No. 476A88.

Case below: 91 N.C. App. 209.

Petition for discretionary review filed by plaintiff pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues denied 3 November 1988.

NANCE v. ROBERTSON

No. 404P88.

Case below: 91 N.C. App. 121.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.

PEARSON v. NATIONWIDE MUTUAL INS. CO.

No. 310PA88.

Case below: 90 N.C. App. 295; 323 N.C. 175.

Reconsideration of petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed and discretionary review allowed 3 November 1988.

PIEDMONT FORD TRUCK SALE v. CITY OF GREENSBORO

No. 394PA88.

Case below: 90 N.C. App. 692.

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question denied 3 November 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 November 1988.

SMITH v. QUINN

No. 422PA88.

Case below: 91 N.C. App. 112.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 November 1988.